UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jerry Kraus**, | 2:19-CV-00220 |
| Plaintiff, | |
| v. | **ORDER Granting Motion to Continue Scheduling Conference** |
| **Ding Chuan Chen**, | |
| Defendant. | |

Having reviewed Plaintiff's Motion to Continue Scheduling Conference, and finding good cause therefore, the Court hereby grants Plaintiff's motion.

The Scheduling Conference in the case will be continued until September 30, 2019 at 1:30 p.m. A joint status report shall be filed no later than September 16, 2019.

**IT IS SO ORDERED.**

**Dated: June 5, 2019**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE