UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jerry Kraus**, | **Case No**: 2:19-CV-00220-WBS-AC |
| Plaintiff, | |
| v. | **ORDER Granting Application to Continue Scheduling Conference** |
| **Ding Chuan Chen**; and Does 1-10, | |
| Defendants. | |

Having reviewed Plaintiff's Application to Continue Scheduling Conference, and finding good cause therefore, the Court hereby grants Plaintiff's Application.

The Scheduling Conference in the case will be continued until January 6, 2020 at 1:30 p.m. A joint status report shall be filed no later than December 23, 2019.

**IT IS SO ORDERED.**

**Dated: September 19, 2019**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1