UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**Jerry Kraus**,
    Plaintiff,
v.

**Ding Chuan Chen**; and Does 1-10,
    Defendants.

Case No. 2:19-CV-00220-WBS-AC

**ORDER**

Having read Plaintiff's Application for Publication of Summons and the supporting documentation filed therewith, and finding good cause therefore,

**IT IS ORDERED** that the service of the summons in this action is made by publication of summons pursuant to Code of Civil Procedure, section 415.50, upon Defendant Ding Chuan Chen in Vallejo Times – Herald , a newspaper of general circulation published at 401 Davis Street, Site F, Vacaville, CA 95688 and that said publication be made at least once a week for four successive weeks.

**IT IS FURTHER ORDERED** that a copy of the said summons and of said complaint in this action be deposited in the United States Post Office,

postage prepaid, directed to said defendant, if his address is ascertained before expiration of the time prescribed for the publication of this summons.

Dated: December 27, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE