UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jerry Kraus**,<br><br>     Plaintiff,<br><br>   v.<br><br>**Ding Chuan Chen**; and Does 1-10,<br><br>     Defendants. | **Case No**: 2:19-CV-00220-WBS-AC<br><br>**ORDER Granting Application to Continue Scheduling Conference** |

Having reviewed Plaintiff's Application to Continue Scheduling Conference, and finding good cause therefore, the Court hereby grants Plaintiff's Application.

The Scheduling Conference in the case will be continued until July 20, 2020 at 1:30 p.m. in Courtroom 5. A joint status report shall be filed no later than July 6, 2020.

**IT IS SO ORDERED.**

**Dated: April 1, 2020**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE