UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JERRY KRAUS, | No. 2:19-cv-00220 WBS AC |
| Plaintiff, | |
| v. | ORDER |
| DING CHUAN CHEN, | |
| Defendant. | |

----oo0oo----

The defendant in this case, Ding Chuan Chen, is appearing pro se. Accordingly, pursuant to Local Rule 302(c)(21), this case is hereby referred to the assigned magistrate judge, Judge Allison Claire, for all further proceedings consistent with the provisions of the rule. The Status (Pretrial Scheduling) Conference set for July 20, 2020 is hereby VACATED.

IT IS SO ORDERED.

Dated: June 29, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1