UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY KRAUS, | No. 2:19-cv-0220 WBS AC |
| Plaintiff, | |
| v. | ORDER |
| DING CHUAN CHEN, | |
| Defendant. | |

    Defendant, proceeding pro se, and pre-trial proceedings are accordingly referred to the undersigned pursuant to Local Rule 302(c)(21).

    On July 9, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 31. Neither party has filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed July 9, 2020, are adopted in full;

    2. The motion to dismiss at ECF No. 25 is GRANTED and that Ding Chuan Chen of Fremont, California, who currently appears as defendant in this case, is DISMISSED while the

case proceeds against the individual also named Ding Chuan Chen who has been served by publication and against whom default has been entered by the Clerk of Court.

Dated:  August 17, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Krau0220.801