UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY KRAUS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DING CHAUN CHEN,<br><br>　　　　Defendants. | No.  2:19-cv-00220 WBS AC<br><br><br><br>ORDER |

　　　　On August 18, 2020, this court dismissed an incorrectly named defendant from this case, and the case continued against the current defendant.  ECF Nos. 31, 32.  Default was entered against the current defendant on April 7, 2020.  ECF No. 24.  Prior to the dismissal of the incorrectly named defendant, an initial scheduling conference was set for December 30, 2020.  ECF No. 27.  The parties were to submit a joint status report no later than December 16, 2020.  Id.  No report was submitted, and plaintiff has not moved for default judgment against the remaining defendant.

　　　　The court is concerned that plaintiff is not prosecuting this case.  The joint status conference currently set for December 30, 2020 is hereby VACATED.  The parties shall submit a joint status report *or* plaintiff shall file a motion for default judgment no later than January 6, 2021.  Failure to make an appropriate filing by this date may result in dismissal of this case for lack of prosecution pursuant to Local Rule 110, which provides that failure to comply with the

1

Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

IT IS SO ORDERED.

DATED: December 17, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE