UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY KRAUS,<br><br>            Plaintiff,<br><br>    v.<br><br>DING CHAUN CHEN,<br><br>            Defendant. | No.  2:19-cv-0220 WBS AC<br><br><br>ORDER |

Plaintiff filed the above-entitled action.  Defendant is proceeding in pro se.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On March 8, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 40.  Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 8, 2021, are adopted in full;

2.  Plaintiff's motion for default judgment (ECF No. 37) is GRANTED;

3. The court enters judgment against the defendants on the complaint's claims in the

1

amount of $6,355.32 (comprising $4,000 in statutory damages and $1,391.00 in attorney's fees, along with $964.32 in filing fees and costs.);

    4. Defendant will make changes and accommodations at the subject at the Property located at or about 544 Alhambra Street, Vallejo, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

    5. This case be closed.

Dated: April 13, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Krau0220.801